UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIFFANY RECINOS,

                Plaintiff,

   v.

BUTTES HOMEOWNERS ASSOCIATION, et al.,

                Defendants.

CASE NO. 3:23-CV-05780-LK

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

    Because Plaintiff does not appear to have funds available to afford the $402 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 1) is GRANTED. However, based on the allegations in the proposed complaint, it does not appear Plaintiff has adequately stated a claim. Therefore, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

    The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the District Judge assigned to this case.

    Dated this 14th day of September, 2023.

*[signature]*

David W. Christel
Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1